AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

RECEIVED

DEC 28 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Reverand Gerald Kiner
*Plaintiff(s)*

v.

Civil Action No. 23-2805

City of Memphis ETAL
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
~~Officer L. Leon (12480)~~
~~MPD Ridgeway Station~~
~~3840 Ridgeway Rd.~~
~~Memphis, TN 38115~~

Officer K. Leon (12480)
MPD Austin Peay Station
3400 Austin Peay Hwy
Memphis, TN 38128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rev. Gerald Kiner
4400 Hickory Hill Rd
Memphis, TN 38141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/27/23

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lt. R. Thomas #3717, who is designated by law to accept service of process on behalf of *(name of organization)* Officer K. Leon/12480 on *(date)* December 27, 2023; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 250 for travel and $ 250 for services, for a total of $ ~~$500.00~~ $500.00

I declare under penalty of perjury that this information is true.

Date: December 27, 2023

Rev. Gerald Kiner
*Server's signature*

Rev. Gerald Kiner, Server/Courier
*Printed name and title*

4400 Hickory Hill Rd Memphis TN 38141
*Server's address*

Additional information regarding attempted service, etc: