IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GERALD KINER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 23-cv-02805-SHL-tmp |
| | ) |
| CITY OF MEMPHIS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**

Before the court is the plaintiff's Motion for Reconsideration of Order Denying Plaintiff's Motion for Appointment of Counsel filed on January 11, 2024. (ECF No. 22.)[1] After carefully reviewing the plaintiff's motion for reconsideration, the plaintiff's motion for appointment of counsel, and the court's order denying the appointment of counsel, the undersigned DENIES the plaintiff's motion for reconsideration. The undersigned makes no assessment as to the merits of the plaintiff's claims except to the extent a consideration of the merits is a factor that the court may consider in determining whether to appoint counsel.

---

[1] Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management and for all pretrial matters for determination or report and recommendation, as appropriate.

- 2 -

IT IS SO ORDERED.

                                s/Tu M. Pham
                                TU M. PHAM
                                Chief United States Magistrate Judge

                                January 12, 2024
                                Date